UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
RILEY JEROME WILLIAMS,                :
                                                            05 Civ. 7008 (WHP)(DFE)
          Plaintiff,                          :

          -against-                          :    ORDER

CORRECTION OFFICER WHITE,     :
SHIELD #1940, and CORRECTION
OFFICER VICTOR, SHIELD #14410   :

          Defendants.                      :
-----------------------------------X

WILLIAM H. PAULEY III, District Judge:

      On January 30, 2006, Magistrate Judge Douglas F. Eaton issued a report and recommendation (the "Report") describing why Plaintiff's Complaint alleging violations of 42 U.S.C. § 1983 should be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. As of this date Plaintiff has not submitted any objection to the Report nor requested an extension of time in which to do so. This Court finds that the Report is not facially erroneous, and affirms and adopts it. Accordingly, it is

      ORDERED that this Complaint should be dismissed in its entirety; and it is further

      ORDERED that the Clerk of the Court is directed to close this case.

Dated: May 8, 2006
      New York, New York

                                     SO ORDERED:

                                     WILLIAM H. PAULEY III
                                   U.S.D.J.

*Copies mailed to*:

The Hon. Douglas F. Eaton
United States Magistrate Judge

Riley Jerome Williams
141-04-09975
1600 Hazen Street, 2 South 41
East Elmhurst, NY 11370
*Plaintiff pro se*

Pro Se Office
Room 230, U.S. Courthouse
500 Pearl Street
New York, NY 10007